IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEWELLEAN MOORE and ARTHUR CARSON, | § § § § | |
| *Plaintiffs* | § § | NO. 3:16-CV-1080-M-BN |
| v. | § § | |
| REALPAGE INC., ET AL., | § § § | |
| *Defendants* | § | |

## ORDER GRANTING CONTINUANCE OF HEARING

Before the Court is the Parties' Joint Notice of Settlement and Request for Continuance of Hearing, in which the Parties seek a 30 day continuance of the scheduling conference set for 10:00 a.m. on September 26, 2016. The Court grants the relief sought in that Motion. The Rule 16(b) pretrial scheduling conference is continued to _10:00_ a.m., on _October 27_, 2016, unless this case is sooner dismissed with prejudice pursuant to the settlement of the Parties. The hearing will occur in Courtroom 1561, 1100 Commerce Street, Dallas, Texas 75242 before United States Magistrate Judge David L. Horan.

SO ORDERED.

DATED: September _20_, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

1