IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEWELLEAN MOORE and ARTHUR CARSON | § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:16-CV-01080-M |
| LAS LOMAS ASSOCIATES, LTD., BRISA HERNANDEZ, and REALPAGE, INC., | | |
| Defendants. | | |

**PLAINTIFFS' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs Jewellean Moore and Arthur Carson ("Plaintiffs") have reached a settlement with all Defendants in this action. Therefore, Plaintiffs and Defendants respectfully submit this Stipulation of Dismissal With Prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and request that the Court dismiss this action in its entirety, with prejudice.

Dated: October 16, _____, 2016.

1

Respectfully submitted,

PLAINTIFFS:

*PRO SE*

*/s/ Jewellean Moore*
Jewellean Moore
1515 N. Town East Blvd. #138-334
Mesquite, TX 75150

*PRO SE*

*/s/ Arthur Carson*
Arthur Carson
1515 N. Town East Blvd. #138-334
Mesquite, TX 75150

DEFENDANTS:

**ATTORNEYS FOR DEFENDANT REALPAGE, INC.**

/s/ *Sarah D. Mitchell*
Brian A. Kilpatrick
State Bar No. 00784392
bkilpatrick@jw.com
Sarah D. Mitchell
State Bar No. 24045792
smitchell@jw.com
Judy Bennett Garner
State Bar No. 24092403
jgarner@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Ste. 600
Dallas, Texas 75201
(214) 953-6000 / (214) 953-5822 Fax

**ATTORNEYS FOR DEFENDANTS LAS LOMAS ASSOCIATES, LTD. and BRISA HERNANDEZ**

/s/ *David W. Dodge*
Jerry L. Carlton
Texas State Bar No. 03817500
jcarlton@gpm-law.com
David W. Dodge
State Bar No. 24002000
DDodge@GPM-Law.com
GLAST, PHILLIPS & MURRAY, P.C.
14801 Quorum Dr., Ste. 500
Dallas, Texas 75254
(972) 419-8300 / (972) 419-8329 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing document was served on each party, via email and first class mail on this <u>16</u> day of <u>October</u>, 2016.

| | |
|---|---|
| Jerry L. Carlton<br>Texas State Bar No. 03817500<br>jcarlton@gpm-law.com<br>David W. Dodge<br>State Bar No. 24002000<br>DDodge@GPM-Law.com<br>GLAST, PHILLIPS & MURRAY, P.C.<br>14801 Quorum Dr., Ste. 500<br>Dallas, Texas 75254<br>(972) 419-8300 / (972) 419-8329 Fax | Brian A. Kilpatrick<br>State Bar No. 00784392<br>bkilpatrick@jw.com<br>Sarah D. Mitchell<br>State Bar No. 24045792<br>smitchell@jw.com<br>Judy Bennett Garner<br>State Bar No. 24092403<br>jgarner@jw.com<br>JACKSON WALKER LLP<br>2323 Ross Ave., Ste. 600<br>Dallas, Texas 75201<br>(214) 953-6000 / (214) 953-5822 Fax |

*/s/ Jewellean Moore / Arthur Carson*
Jewellean Moore / Arthur Carson